UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID RAJAMIN, et al.

_____
                                              Plaintiffs,
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

__10__ Civ. __7531__ ( __LTS__ )( ___ )

- against -

**NOTICE OF APPEAL
IN A CIVIL CASE**

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.
_____
                                              Defendants.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that  Plaintiffs DAVID RAJAMIN, et al.
                                              *(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

granting Defendants' motion for reconsideration and dismissing Plaintiff's Third Amended Complaint pursuant
                              *(describe the judgment)*

to Fed. R. Civ. P. 12(b)(6) for failure to state a claim

entered in this action on the  __29__  day of  __March__ , 20__13__ .
                              *(date)*              *(month)*     *(year)*

*Signature*

2300 S. Sepulveda Blvd.
*Address*

Los Angeles, California 90064-1911
*City, State & Zip Code*

DATED: __April__  __24__ , 20__13__       ( __310__ ) __473__ - __1200__
                                              *Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*