**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case #
10-cv-7531(LTS)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of June, two thousand and fourteen.

Before:   Amalya L. Kearse,
          Dennis Jacobs,
          Barrington D. Parker,
              *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 21, 2014

David Rajamin, Edith Gonzalez Larios, Jesus Valdez, Maurice Nunez, Elias Estrada, Irma Estrada, Theresa Doty, Robert Basel, Larry Myron Kegel, on behalf of themselves and a class of similarly situated individuals.

   Plaintiffs - Appellants,

**JUDGMENT**
Docket No. 13-1614

   v.

Deutsche Bank National Trust Company, a national banking association, individually and as Trustee of FFMLT TRUST 2005-FF8; FFMLT TRUST 2006-FF3; FFML TRUST 2006-FF11; and FFMLT TRUST 2006-FF13, New York common law trusts,

   Defendants - Appellees.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/21/2014**